U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ALLEN FOX,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-CV-05669-RBL-JRC<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter is before the Court on the motion of Trent S.W. Crable (ECF No. 9) to withdraw as counsel of record for Plaintiff Richard Allen Fox and substitute Christopher Dellert as counsel of record for Plaintiff in this matter pursuant to GR 2(g)(4)(A). Christopher Dellert filed his Notice of Appearance on January 9, 2011 (ECF No. 6). There was no objection from defendant and the Court has considered the pleadings and papers filed in connection with said motion and,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 4th day of February 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER  10-CV-5669