UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ALLEN FOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 10-cv-05669 RBL<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　　The Court adopts the Report and Recommendation;

(2)　　The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)　　**JUDGMENT** is for **PLAINTIFF** and the case is closed.

DATED this 21st day of November, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1